# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 17-04129-CV-C-NKL |
| $626,915.00 IN UNITED STATES CURRENCY, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

___  Jury Verdict.  This action came before the Court for a trial by jury.

X  Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on May 24, 2019, Plaintiff's Motion for Default Judgment of Forfeiture is granted as set forth in the Order, Doc. 61.

Date: May 24, 2019

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy